IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.:

BERNICE MCCRAY,

    Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION,

    Defendant.
_____/

## COMPLAINT

Plaintiff, BERNICE MCCRAY, by and through her undersigned counsel, sues the Defendant, COSTCO WHOLESALE CORPORATION, and would state as follows:

1. This is an action for damages that exceed the minimum jurisdictional amount of this Court.

2. All conditions precedent have been performed or have otherwise occurred.

3. At all times material hereto, Plaintiff, BERNICE MCCRAY, was and is a resident of Palm Beach County, Florida.

4. At all times material hereto, Defendant, COSTCO WHOLESALE CORPORATION (hereinafter COSTCO), was and is a foreign profit corporation, owning, leasing, operating and/or managing property and/or retail / wholesale stores located in Palm Beach County, Florida, and/or was otherwise doing a substantial amount of business in Palm Beach County, Florida.

5. On or about August 16, 2020, Defendant, COSTCO, owned, leased, rented, possessed, controlled, operated, maintained, and/or otherwise exercised control over a



EXHIBIT 1

Complaint
McCray vs. Costco
Page 2

building, and/or other real property (including fixtures) located at or near 11001 Southern Blvd., in Royal Palm Beach, Palm Beach County, Florida, that was used as a retail / wholesale club or store or other similar business, and did supervise and maintain said property through its employees, and/or agents.

6. At that time and place, Plaintiff, BERNICE MCCRAY, was an express or implied invitee of Defendant, COSTCO, and went onto Defendant's premises to shop, and/or to otherwise use same for its intended purpose.

7. Defendant, COSTCO, owed a duty of reasonable care to operate, run, maintain, inspect, repair and keep up the premises in a reasonably safe condition for the safety of business invitees on the premises, which includes reasonable efforts to keep the premises free from transitory foreign objects, and/or liquid type substances that might foreseeably give rise to loss, injury, or damage, as well as to warn of dangerous conditions existing on or about it's premises.

8. Defendant, COSTCO, negligently failed to maintain its premises in a reasonably safe condition, negligently failed to correct a dangerous condition about which Defendant, COSTCO, either knew or should have known, by the use of reasonable care, and/or negligently failed to warn BERNICE MCCRAY of a dangerous condition about which Defendant COSTCO, had, or should have had, knowledge greater than that of BERNICE MCCRAY.

9. Defendant, COSTCO, negligently failed to exercise reasonable care in the maintenance, inspection, repair, warning, or up-keep of it's premises, by allowing a transitory foreign object, and/or transient liquid, and/or other similar substance, to be on and/or to remain on the floor of its premises.

Complaint
McCray vs. Costco
Page 3

10. The dangerous condition was created by and/or known to Defendant, COSTCO, or had existed for a sufficient length of time so that the Defendant should have known of it.

11. As a result of Defendant COSTCO's negligence, Plaintiff, BERNICE MCCRAY, slipped, tripped, and/or was otherwise caused to fall down onto the hard floor.

12. As a result the aforementioned slip, trip, and/or fall, Plaintiff, BERNICE MCCRAY, suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement and/or scarring, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, experienced the loss of earnings, loss of ability to earn money and/or the Plaintiff suffered an aggravation of a previously existing condition, disease or physical defect, resulting in these same harms and losses. BERNICE MCCRAY's harms and losses are either permanent or continuing and the Plaintiff will suffer these harms and losses in the future.

WHEREFORE, Plaintiff, BERNICE MCCRAY, sues the Defendant, COSTCO WHOLESALE CORPORATION, for compensatory damages, costs and interest (post-judgment), and demands trial by jury of all issues so triable as a matter of right.

**STEINGER, GREENE & FEINER**
1645 Palm Beach Lakes Blvd., Ste. 900
West Palm Beach, FL 33401
Telephone: (561) 932-1517
Facsimile: (561)932-1517
dbuckner@injurylawyers.com
ccuello@injurylawyers.com
Attorneys for Plaintiff

/s/ Dale A. Buckner
Dale A. Buckner, Esquire
Florida Bar No.: 0611654